UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHY WU, on behalf of herself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC.,<br><br>Defendant. | Case No.: 2:19-cv-06033-JS-ARL<br><br>STIPULATION |

WHEREAS Defendant Dick Sporting Goods, Inc.'s ("Defendant") deadline to answer, move or otherwise respond to Plaintiff Kathy Wu's ("Plaintiff") Complaint in the above-captioned action was December 27, 2019;

WHEREAS the parties have not previously requested to adjourn the deadline for Defendant to answer, move or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant that Defendant's time to answer, move or otherwise respond to the Complaint in the above-captioned action is extended to and including January 31, 2020. This proposed adjournment does not affect any other scheduled dates in this action.

Dated: January 2, 2020

| THE LAW OFFICE OF DARRYN SOLOTOFF PLLC | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|---|---|
| Darryn Solotoff<br>100 Quentin Roosevely Blvd., #208<br>Garden City, New York 11530<br>Phone: (516) 695-0052<br>Attorneys for Plaintiff | Sean J. Kirby<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Phone: (212) 653-8700<br>Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2020.

_____
U.S.D.J.

-1-